# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ROBERT SARRELS**                                                                                         **PLAINTIFF**

**v.**                        **CASE NO. 3:18-CV-00187-BSM**

**THE LILLY COMPANY**                                                                  **DEFENDANT**

## ORDER

Pursuant to the joint stipulation of dismissal [Doc. No. 23], this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of January, 2020.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE