IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT SARRELS                                                                       PLAINTIFF

v.                   CASE NO. 3:18-CV-00187-BSM

THE LILLY COMPANY                                                    DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. The parties will bear their own costs.

IT IS SO ORDERED this 22nd day of January, 2020.

                                                           _____
                                                             UNITED STATES DISTRICT JUDGE